# IN THE SUPREME COURT OF THE STATE OF NEVADA

LORI IRISH,
                        Appellant,
            vs.
JAMES H. GORMLEY,
                        Respondent.

No. 74368

**FILED**

JAN 12 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order awarding attorney fees. Our review of the documents before this court reveals a jurisdictional defect. It appears that appellant filed the notice of appeal after the timely filing of a tolling motion for reconsideration but before the tolling motion was formally resolved. *See* NRAP 4(a)(4); *AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010) (explaining when a motion for reconsideration may be given tolling effect under NRAP 4(a)(4)). To date, it appears that the motion for reconsideration remains pending in the district court. Accordingly, the notice of appeal was prematurely filed, *see* NRAP 4(a)(6), and we

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ J.
Gibbons

_____ , J.
Hardesty

18-01774

cc: Hon. Cynthia Dianne Steel, District Judge, Family Court Division
Lori Irish
Black & LoBello
Eighth District Court Clerk